**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE:<br>HOTZ, LAWRENCE J.<br>HOTZ, THERESA M.<br><br>Debtor(s) | CHAPTER 7 CASE<br><br>CASE NO. 04-10652 BB<br><br>JUDGE BRUCE W. BLACK |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS
FOR COMPENSATION, AND HEARING ON THE ABANDONMENT
OF PROPERTY BY THE TRUSTEE**

TO the Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held.

    At:  Will County Court Annex
         57 N. Ottawa St., Room 201
         Joliet, Illinois 60432

    on:  **May 8, 2009**
    at:  **9:15 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:

    a. Receipts                              $        5,114.88

    b. Disbursements                         $            0.00

    c. Net Cash Available for                $        5,114.88
    Distribution

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|
| BRADLEY J. WALLER (Trustee Expenses) | 0.00 | | $210.20 |
| BRADLEY J. WALLER (Trustee Fees) | 0.00 | $1,261.49 | |

5.  Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|

6.  In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors.  The priority dividend is anticipated to be 0.00%.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|

7.  Claims of general unsecured creditors totaling $9,314.28 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full.  The general unsecured dividend is anticipated to be 39.11%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1 | Prairie Trails Credit Union | $ 3,613.85 | $ 1,413.53 |
| 2 | DISCOVER BANK/DISCOVER FINANCIAL SERVICES | $ 3,401.47 | $ 1,330.45 |
| 3 | B-Line, LLC/Chase Bank USA | $ 1,189.01 | $ 465.07 |
| 4 | Joliet Cardiology Ctr | $ 14.73 | $ 5.76 |
| 5 | Kohls/Chase Bank USA,N.A. | $ 772.08 | $ 301.99 |
| 6 | American General Finance | $ 323.14 | $ 126.39 |

8.  Proposed dividends are approximations.  Actual dividends may

       differ due to interest accrual, fee reductions, or as ordered by the Court.

9.     The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10.     Debtor has been discharged.

11.     The Trustee proposed to abandon the following property at the hearing:

        a. Residence
        b. Cash
        c. Bank Accounts
        d. Household Goods
        e. Miscellaneous Books & Pictures
        f. Wearing Apparel
        g. Income Tax Refund
        h. 1986 Chevy C-10
        i. 1999 Honda 4-Wheeler
        j. Miscellaneous tools
        k. Lease 2001 Chevy Suburban


Dated: **March 20, 2009**           For the Court,

                                              **KENNETH S. GARDNER**
                                              Kenneth S. Gardner
                                              Clerk of the U.S. Bankruptcy Court
                                              219 S. Dearborn Street; 7th Floor
                                              Chicago, IL 60604

Trustee:     BRADLEY J. WALLER
Address:    KLEIN, STODDARD, BUCK, WALLER & LEWIS
                2045 ABERDEEN COURT
                SYCAMORE, IL 60178
Phone No.: (815) 748-0380

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: amcc7                  Page 1 of 1                   Date Rcvd: Mar 20, 2009
Case: 04-10652                Form ID: pdf002              Total Served: 37

The following entities were served by first class mail on Mar 22, 2009.
db/jdb         +Lawrence J Hotz,   Theresa M Hotz,   1704 Hawthorne Ridge Drive,   Plainfield, IL 60586-4103
aty            +John A Reed,   John A Reed,   63 W Jefferson St Ste 200,   Joliet, IL 60432-4335
7886749         Bank One,   Cardmember Services,   P.O. Box 50882,   Henderson, NV 89016-0882
7886745         Bank One,   P.O. Box 78772,   Phoenix, AZ 85062-8772
7886750        +Baxter Regional Medical,   624 Hospital Ave,   Mountain Home, AR 72653-2955
7886751         Capital One Services,   P.O. Box 85015,   Richmond, VA 23285-5015
7886752         CitiCards,   P.O. Box 6405,   The Lakes, NV 88901-6405
7886753        +Corwin Medical Care Ltd,   142 S Division Street,   Plainfield, IL 60544-3028
7886746         Countrywide Home Loans,   P.O. Box 10219,   Van Nuys, CA 91410-0219
7886755         Ginny's,   1112 7th Avenue,   Monroe, WI 53566-1364
7886747        +Irwin Home Equity,   P.O. Box 5029,   San Ramon, CA 94583-0929
7886757        +Joliet Cardiology Ctr,   P.O. Box 379,   Orland Park, IL 60462-0379
7886758        +Joliet Radiological Svc Corp,   2208 Weber Road,   Crest Hill, IL 60403-0961
11190859       +Kohls/Chase Bank USA,N.A.,   P O Box 740933,   Dallas, TX 75374-0933
7886760        +Masseys,   128 W River St,   Chippewa Falls, WI 54729-2377
7886761        +Medical Recovery Specialists,   2200 E Devon Ave # 288,   Des Plaines, IL 60018-4501
7886762         Mountain Home Emergency Grp,   P.O. Box 2443,   Mountain Home, AR 72654-2443
7886763        +New Partners,   Cardmember Services,   P.O. Box 9204,   Old Bethpage, NY 11804-9004
7886764        +Newsome Rehabilitation Ctr,   2848 Plainfield Road,   Joliet, IL 60435-1167
7886765         Peppers Bedroom City,   P.O. Box 3212,   Evansville, IN 47731-3212
7886766        +Prairie Trails Credit Union,   2350 W McDonough St,   Joliet, IL 60436-1049
7886767        +Provena - St Joseph Med Ctr,   333 N Madison Street,   Joliet, IL 60435-8233
7886768         Retailers National Bank,   P.O. Box 59231,   Minneapolis, MN 55459-0231
7886748         Sallie Mae,   P.O. Box 4700,   Wilkes Barre, PA 18773-4700
7886769        +Sears Charge,   P.O. Box 7901,   Des Moines, IA 50323-9401
7886770         Seventh Avenue,   1112 7th Ave,   Monroe, WI 53566-1364
7886771         The Swiss Colony,   1112 7th Avenue,   Monroe, WI 53566-1364
7886772         Through the Country Door,   1112 7th Avenue,   Monroe, WI 53566-1364
7886773         Tru Green Chemlawn,   1349 Division St,   Plainfield, IL 60544
7886774        +Wish Center,   2801 Finley Rd # 220,   Downers Grove, IL 60515-1039
7886775         World Financial Network,   P.O. Box 659728,   San Antonio, TX 78265-9728
The following entities were served by electronic transmission on Mar 20, 2009.
11276296       +Fax: 812-475-4089 Mar 20 2009 23:22:01      American General Finance,   PO Box 3251,
                 Evansville, IN 47731-3251
11141065       +E-mail/PDF: BNCEmails@blinellc.com Mar 21 2009 02:21:13      B-Line, LLC/Chase Bank USA,
                 Mail Stop 550,   2101 Fourth Ave., Suite 1030,   Seattle, WA 98121-2317
11139647       +E-mail/PDF: mrdiscen@discoverfinancial.com Mar 21 2009 02:22:48
                 DISCOVER BANK/DISCOVER FINANCIAL SERVICES,   PO BOX 3025,   NEW ALBANY OH 43054-3025
7886754         E-mail/PDF: mrdiscen@discoverfinancial.com Mar 21 2009 02:22:48      Discover Card Services,
                 P.O. Box 15192,   Wilmington, DE 19850-5192
7886756        +E-mail/Text: bkynotice@harvardcollect.com                            Harvard Collection Services,
                 4839 N Elston Ave,   Chicago, IL 60630-2589
7886759        +E-mail/PDF: cr-bankruptcy@kohls.com Mar 21 2009 02:21:00      Kohl's,   P.O. Box 2983,
                 Milwaukee, WI 53201-2983
                                                                                              TOTAL: 6

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
7886743*       +Lawrence J. Hotz,   1704 Hawthorne Ridge Drive,   Plainfield, IL 60586-4103
7886744*       +Theresa M. Hotz,   1704 Hawthorne Ridge Drive,   Plainfield, IL 60586-4103
                                                                                              TOTALS: 0, * 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 22, 2009**                    **Signature:**    *Joseph Speetjens*