# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In re: HOTZ, LAWRENCE J.  
HOTZ, THERESA M.

Case No. 04-10652

Chapter 7

Debtors

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

BRADLEY J. WALLER, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $183,276.00 | Assets Exempt: $15,000.00 |
| Total Distribution to Claimants: $3,743.77 | Claims Discharged Without Payment: $5,570.51 |
| Total Expenses of Administration: $1,371.75 | |

3) Total gross receipts of $ 5,115.52 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $5,115.52 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (9/1/2009)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from Exhibit 3) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from Exhibit 4) | 0.00 | 1,371.75 | 1,371.75 | 1,371.75 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from Exhibit 5) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from Exhibit 6) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from Exhibit 7) | 0.00 | 9,314.28 | 9,314.28 | 3,743.77 |
| TOTAL DISBURSEMENTS | $0.00 | $10,686.03 | $10,686.03 | $5,115.52 |

4) This case was originally filed under Chapter 7 on March 17, 2004.
. The case was pending for 73 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/29/2010           By: /s/BRADLEY J. WALLER
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (9/1/2009)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 — GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT RECEIVED |
|---|---|---|
| WRONGFUL DEATH CAUSE OF ACTION | 1149-000 | 5,112.50 |
| Interest Income | 1270-000 | 3.02 |
| **TOTAL GROSS RECEIPTS** | | **$5,115.52** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 — FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | N/A | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 — SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | N/A | | | |
| **TOTAL SECURED CLAIMS** | | $0.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (9/1/2009)**

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BRADLEY J. WALLER | 2100-000 | N/A | 1,261.55 | 1,261.55 | 1,261.55 |
| BRADLEY J. WALLER | 2200-000 | N/A | 110.20 | 110.20 | 110.20 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | N/A | 1,371.75 | 1,371.75 | 1,371.75 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | 0.00 | 0.00 | 0.00 | 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Prairie Trails Credit Union | 7100-000 | N/A | 3,613.85 | 3,613.85 | 1,452.55 |
| DISCOVER BANK/DISCOVER FINANCIAL SERVICES | 7100-000 | N/A | 3,401.47 | 3,401.47 | 1,367.18 |
| B-Line, LLC/Chase Bank USA | 7100-000 | N/A | 1,189.01 | 1,189.01 | 477.91 |
| Joliet Cardiology Ctr | 7100-000 | N/A | 14.73 | 14.73 | 5.92 |

**UST Form 101-7-TDR (9/1/2009)**

| | | | | | | |
|---|---|---|---|---|---|---|
| Kohls/Chase Bank USA,N.A. | 7100-000 | N/A | | 772.08 | 772.08 | 310.33 |
| American General Finance | 7100-000 | N/A | | 323.14 | 323.14 | 129.88 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 0.00 | 9,314.28 | 9,314.28 | 3,743.77 |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 04-10652  
**Case Name:** HOTZ, LAWRENCE J.  
HOTZ, THERESA M.  
**Period Ending:** 04/29/10  

**Trustee:** (330500) BRADLEY J. WALLER  
**Filed (f) or Converted (c):** 03/17/04 (f)  
**§341(a) Meeting Date:** 05/20/04  
**Claims Bar Date:** 04/16/07  

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | RESIDENCE | 175,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | CASH ON HAND | 25.00 | 0.00 | DA | 0.00 | FA |
| 3 | BANK ACCOUNTS | 50.00 | 0.00 | DA | 0.00 | FA |
| 4 | HOUSEHOLD GOODS | 300.00 | 0.00 | DA | 0.00 | FA |
| 5 | MISC BOOKS & PICTURES | 150.00 | 0.00 | DA | 0.00 | FA |
| 6 | WEARING APPAREL | 300.00 | 0.00 | DA | 0.00 | FA |
| 7 | PENSION PLAN OF DEBTOR | Unknown | 0.00 | DA | 0.00 | FA |
| 8 | INCOME TAX REFUND | 4,000.00 | 0.00 | DA | 0.00 | FA |
| 9 | WRONGFUL DEATH CAUSE OF ACTION | Unknown | 5,112.50 | | 5,112.50 | FA |
| 10 | 1986 CHEVY C-10 | 1,200.00 | 0.00 | DA | 0.00 | FA |
| 11 | 1999 HONDA 4-WHEELER | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 12 | MISC. TOOLS | 750.00 | 0.00 | DA | 0.00 | FA |
| 13 | LEASE 2001 CHEVY SUBURBAN | 1.00 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 3.02 | FA |
| 14 | Assets Totals (Excluding unknown values) | $183,276.00 | $5,112.50 | | $5,115.52 | $0.00 |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):** December 31, 2007  **Current Projected Date Of Final Report (TFR):** March 19, 2009 (Actual)

Document   Page 7 of 9   Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 04-10652  
**Case Name:** HOTZ, LAWRENCE J.  
HOTZ, THERESA M.  
**Taxpayer ID #:** **-***9059  
**Period Ending:** 04/29/10  

**Trustee:** BRADLEY J. WALLER (330500)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****84-65 - Money Market Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 08/17/08 | {9} | Larry Hotz | Per court order of 09/21/2007 | 1149-000 | 5,112.50 | | 5,112.50 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.20 | | 5,112.70 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.67 | | 5,113.37 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 0.55 | | 5,113.92 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1000% | 1270-000 | 0.40 | | 5,114.32 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.36 | | 5,114.68 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.20 | | 5,114.88 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.19 | | 5,115.07 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.22 | | 5,115.29 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.20 | | 5,115.49 |
| 05/06/09 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0050% | 1270-000 | 0.03 | | 5,115.52 |
| 05/06/09 | | To Account #********8466 | | 9999-000 | | 5,115.52 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 5,115.52 | 5,115.52 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 5,115.52 | |
| | | | **Subtotal** | | 5,115.52 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$5,115.52** | **$0.00** | |

{} Asset reference(s)

Printed: 04/29/2010 04:12 PM   V.12.08

# Form 2

## Cash Receipts And Disbursements Record

| Case Number: | 04-10652 | | Trustee: | BRADLEY J. WALLER (330500) |
|---|---|---|---|---|
| Case Name: | HOTZ, LAWRENCE J. | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | HOTZ, THERESA M. | | Account: | \*\*\*-\*\*\*\*\*84-66 - Checking Account |
| Taxpayer ID #: | \*\*-\*\*\*9059 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 04/29/10 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 05/06/09 | | From Account #\*\*\*\*\*\*\*\*8465 | | 9999-000 | 5,115.52 | | 5,115.52 |
| 05/12/09 | 101 | BRADLEY J. WALLER | Dividend paid 100.00% on $110.20, Trustee Expenses; Reference: | 2200-000 | | 110.20 | 5,005.32 |
| 05/12/09 | 102 | BRADLEY J. WALLER | Dividend paid 100.00% on $1,261.55, Trustee Compensation; Reference: | 2100-000 | | 1,261.55 | 3,743.77 |
| 05/12/09 | 103 | Prairie Trails Credit Union | Dividend paid 40.19% on $3,613.85; Claim# 1; Filed: $3,613.85; Reference: | 7100-000 | | 1,452.55 | 2,291.22 |
| 05/12/09 | 104 | DISCOVER BANK/DISCOVER FINANCIAL SERVICES | Dividend paid 40.19% on $3,401.47; Claim# 2; Filed: $3,401.47; Reference: | 7100-000 | | 1,367.18 | 924.04 |
| 05/12/09 | 105 | B-Line, LLC/Chase Bank USA | Dividend paid 40.19% on $1,189.01; Claim# 3; Filed: $1,189.01; Reference: | 7100-000 | | 477.91 | 446.13 |
| 05/12/09 | 106 | Joliet Cardiology Ctr | Dividend paid 40.19% on $14.73; Claim# 4; Filed: $14.73; Reference: | 7100-000 | | 5.92 | 440.21 |
| 05/12/09 | 107 | Kohls/Chase Bank USA,N.A. | Dividend paid 40.19% on $772.08; Claim# 5; Filed: $772.08; Reference: | 7100-000 | | 310.33 | 129.88 |
| 05/12/09 | 108 | American General Finance | Dividend paid 40.19% on $323.14; Claim# 6; Filed: $323.14; Reference: | 7100-000 | | 129.88 | 0.00 |

| | | |
|---|---|---|
| ACCOUNT TOTALS | 5,115.52 | 5,115.52 | $0.00 |
| Less: Bank Transfers | 5,115.52 | 0.00 |
| Subtotal | 0.00 | 5,115.52 |
| Less: Payments to Debtors | | 0.00 |
| NET Receipts / Disbursements | $0.00 | $5,115.52 |

{} Asset reference(s)

Printed: 04/29/2010 04:12 PM V.12.08

# Form 2

## Cash Receipts And Disbursements Record

| Case Number: | 04-10652 | Trustee: | BRADLEY J. WALLER (330500) |
|---|---|---|---|
| Case Name: | HOTZ, LAWRENCE J. | Bank Name: | The Bank of New York Mellon |
| | HOTZ, THERESA M. | Account: | 9200-******84-66 - Checking Account |
| Taxpayer ID #: | **-***9059 | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 04/29/10 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $0.00 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****84-65 | 5,115.52 | 0.00 | 0.00 |
| Checking # ***-*****84-66 | 0.00 | 5,115.52 | 0.00 |
| Checking # 9200-*****84-66 | 0.00 | 0.00 | 0.00 |
| | $5,115.52 | $5,115.52 | $0.00 |